UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BILLY RUSSELL, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:18-cv-1666-AGF |
| ST. CHARLES POLICE DEPARTMENT, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE**

In accordance with the Memorandum and Order entered herewith,

**IT IS HEREBY ORDERED** that the St. Charles County Police Department is **DISMISSED** from this action.

**IT IS FURTHER ORDERED** that plaintiff's official capacity claims against Officer Shawn Birdsong are **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this partial dismissal would not be taken in good faith.

Dated this 2nd day of January, 2019.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE