**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF<br>BILLY RUSSELL, JR. | COURT CASE NUMBER<br>4:18cv1666 AGF |
|---|---|
| DEFENDANT<br>SHAWN BIRDSONG | TYPE OF PROCESS<br>Summons and Complaint |

FILED
JAN 22 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Officer Shawn Birdsong, in his individual capacity, St. Charles County Police Department

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

101 Sheriff Dierker Court, O'Fallon, MO 63366

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Billy Russell, Jr., #2018120915
ST. CHARLES COUNTY DEPARTMENT OF CORRECTIONS
301 N. Second Street
St. Charles, MO 63301

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:     [X] PLAINTIFF   [ ] DEFENDANT

TELEPHONE NUMBER: 314-244-7900    DATE: 1/2/19

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process: 1 | District of Origin No. 44 | District to Serve No. 44 | Signature of Authorized USMS Deputy or Clerk | Date: 1/4/19 |
|---|---|---|---|---|---|

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 1/16/19    Time: 3:45 [X] pm

Signature of U.S. Marshal or Deputy: #4178

| Service Fee<br>$65.00 | Total Mileage Charges including *endeavors*<br>$19.14 | Forwarding Fee<br>— | Total Charges<br>$84.14 | Advance Deposits<br>— | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED      **PRINT 5 COPIES:**   1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

| | |
|---|---|
| BILLY RUSSELL, JR. *Plaintiff* v. SHAWN BIRDSONG *Defendant* | Civil Action No. 4:18cv1666 AGF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer Shawn Birdsong, in his individual capacity
St. Charles County Police Department
101 Sheriff Dierker Court
O'Fallon, MO 63366

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Billy Russell, Jr.
#2018120915
ST. CHARLES COUNTY DEPARTMENT OF CORRECTIONS
301 N. Second Street
St. Charles, MO 63301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/02/2019

/s/ Katie Spurgeon
*Signature of Clerk or Deputy*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:18cv1666 AGF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                    *Server's signature*

                                                    _____
                                                    *Printed name and title*

                                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc: