# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Billy Russell, Jr. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:18-cv-1666 AGF |
| | ) |
| St. Charles Police Department, et. al. | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Holly Magdziarz, Associate County Counselor, and enters her appearance in the above-reference matter as counsel for Defendant Officer Shawn Birdsong

**OFFICE OF THE ST. CHARLES COUNTY COUNSELOR**

*/s/ Holly Magdziarz*
Holly E. Magdziarz #65118MO
Associate County Counselor
100 N. Third Street
Suite 216
St. Charles, MO 63301
(636) 949-7540
hmagdziarz@sccmo.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2019, a true copy of the foregoing was delivered through the Court's Notice of Electronic Filing and will be served via Hand Delivery to Billy Russell, Jr., Prisoner #2018120915 at the St. Charles County Department of Corrections, 301 N. Second St., St. Charles, MO 63301.

*/s/ Holly Magdziarz*

1